**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2399

CLARENCE MOORE,

Plaintiff - Appellant,

versus

RICHMOND NURSING HOME; BORIS T. SIMMONS,
Police Officer, 1312-6,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Richard L. Williams, Senior
District Judge. (CA-99-683)

Submitted: March 23, 2006          Decided: March 28, 2006

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence Moore, Appellant Pro Se. Stephen Michael Barnett, CITY
ATTORNEY'S OFFICE, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In this civil action, Clarence Moore appeals the district court's orders: (1) denying his motion to reopen, to "reinstate the case in the same position as before dismissal," and for a new trial; and (2) denying his motion to file a supplemental answer. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Moore v. Richmond Nursing Home, No. CA-99-683 (E.D. Va. Dec. 1, 2005; Dec. 9, 2005). We deny Moore's pending motion to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED